**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| PAMELINA SORATHSASOMBOUNE,<br><br>Plaintiff,<br><br>v.<br><br>OL KHAO; TIMOTHY RYAN FRAHM; and DRAXLER TRANSPORT, INC.,<br><br>Defendants. | CIVIL ACTION<br><br>No.: ____________ |

**DEFENDANTS, TIMOTHY RYAN FRAHM; and DRAXLER TRANSPORT, INC.'S**
**NOTICE OF REMOVAL**

Defendants, Timothy Ryan Frahm and Draxler Transport, Inc. (collectively "Defendants"), by and through their undersigned counsel, Salmon Ricchezza Singer & Turchi, LLP, respectfully give Notice of Removal pursuant to 28 U.S.C. § 1441 to remove this action styled *Pamelina Sorathsasomboune v. Ol Khao; Timothy Ryan Frahm; and Draxler Transport, Inc.* from the Court of Common Pleas, Philadelphia County, Pennsylvania, Civil-Trial Division, October Term 2026, No.: 001727, to the United States District Court for the Eastern District of Pennsylvania, and in support thereof aver as follows:

1. On October 13, 2026, Plaintiff, Pamelina Sorathsasomboune ("Sorathsasomboune") commenced a civil action against Defendants by filing a Complaint in the Court of Common Pleas, Philadelphia County, Pennsylvania (the "State Court Action"). A true and correct copy of the Complaint is attached hereto as *Exhibit "A."*

2. This Notice of Removal is being filed within thirty (30) days after receipt of Defendants of a copy of a paper from which it may first be ascertained that this case is one which has become removable, in accordance with 28 U.S.C. § 1446(b)(3).

## I. Removal Based on Diversity of Citizenship under 28 U.S.C. § 1332(a)

3. "A natural person is deemed to be a citizen of the state where he is domiciled." *Swiger v. Allegheny Energy, Inc.* 540 F.3d 179, 182 (3d Cir. 2008). Likewise, a "corporation is a citizen both of the state where it is incorporated and of the state where it has its principal place of business." *Zambelli Fireworks Mfg. Co. v. Wood*, 592 F. 3d 412, 419 (3d Cir. 2010); *see* 28 U.S.C. § 1332(c)(1).

4. Plaintiff, Pamelina Sorathsasomboune, is a citizen of the Commonwealth of Pennsylvania. *See* Exhibit "A" at ¶1.

5. At the time Plaintiff's Complaint was filed, as well as the time this Notice is being filed, Defendant, Timothy Ryan Frahm, is a citizen of Wisconsin, as his domicile is in Gleason, Wisconsin.

6. At the time Plaintiff's Complaint was filed, as well as the time this Notice is being filed, Defendant, Ol Khao, is a citizen of Pennsylvania, as his domicile is in Philadelphia, Pennsylvania.

7. At the time Plaintiff's Complaint was filed, as well as the time this Notice is being filed, Defendant, Draxler Transport, Inc. was and is incorporated in the State of Wisconsin with its principal place of business in Marshfield, Winson's. Thus, it is a citizen of Wisconsin.

8. To date, no Defendants have been served with the Complaint.

9. Pursuant to, 28 U.S.C. §1441(b), removal is permitted if a forum defendant has not been properly joined and served.

## II. Amount in Controversy Exceeds $75,000

10. Sorathsasomboune's Complaint alleges negligence against Defendants. *See* Exhibit "A" at ¶¶. 17-25.

10. Plaintiff Sorathsasomboune's Complaint alleges in the Ad Damnum clause that she is seeking damages in excess of $50,000. *See* Id.

11. Plaintiff's Complaint alleges as a result of the accident, that she suffered Injuries to the neck, back, spine, shoulder, knee and/or other parts of the body, dysfunctions, impairments, serious impairments, permanent impairment of a body function, pain and trauma to various parts of the body, and or other injuries. *See* Complaint attached hereto as Exhibit "A." ¶25.

12. Plaintiff further alleges in the Complaint that she has suffered Past Medical Expenses; Future Medical Expenses; Past Lost Earnings and Lost Earnings Capacity; Future Loss of Earnings and Lost Earning Capacity; Past Pain and Suffering; Future Pain and Suffering; Past Embarrassment and Humiliation; Future Embarrassment and Humiliation; Past Loss of Ability to Enjoy the Pleasures of Life; Future Loss of Ability to Enjoy the Pleasures of Life; Disfigurement; Emotional Distress; Property Damage; and Incidental Costs. *See* Complaint attached hereto as Exhibit "A." ¶25.

13. Accordingly, Plaintiff's alleged damages in the Complaint reveal that the amount in controversy exceeds $75,000 exclusive of interest and costs.

14. Defendants' Notice of Removal has been filed within thirty (30) days of Defendants' receipt of the Plaintiff's Complaint from which it could first be ascertained that this case is one which has become removable, in accordance with 28 U.S.C. § 1446(b)(3).

## III. <u>Proper Procedure for Removal of this Civil Action was Followed</u>

15. Based upon the above, this Court has original jurisdiction over this matter pursuant to 28 U.S.C. §§ 1332 and 1441 in that Plaintiff Sorathsasomboune's Complaint presents a case where the amount in controversy is alleged to exceed $75,000 and the controversy exists between citizens of different states.

16. This case is removable from the Court of Common Pleas of Philadelphia County pursuant to 28 U.S.C. § 1441(a) and 1446 *et seq.*, in that this case was initially brought in a state court within the geographical area of the Eastern District of Pennsylvania.

17. A copy of all process, pleadings and orders and other filings filed and received to date in the State Court Action have been attached hereto. *See* Exhibit "A", and court docket as Exhibit "B".

18. Following the filing of the within Notice of Removal, Defendants will give written notice of this filing by file a copy with the Prothonotary of the Court of Common Pleas, Philadelphia County, Pennsylvania and will provide Notice of Removal to all adverse parties pursuant to 28 U.S.C. § 1446(d).

WHEREFORE, Defendants, Timothy Ryan Frahm and Draxler Transport, Inc., herein respectfully request that the State Court Action be removed to the United States District Court for the Eastern District of Pennsylvania pursuant to 28 U.S.C. § 1441.

Respectfully submitted,

**SALMON, RICCHEZZA, SINGER & TURCHI, LLP**

By: /s/ Lisa M. Only

Zachary J. Ballard, Esq. (PA. I.D. 206177)
Lisa M. Only, Esq. (PA. I.D. 306514)
1601 Market Street, Suite 2500
Philadelphia, PA 19103
Phone: 215-606-6600
Fax: 215-606-6601
Email: zballard@srstlaw.com; lonly@srstlaw.com
*Attorneys for Defendants, Timothy Ryan Frahm and Draxler Transport, Inc.*

Dated: October 19, 2026

**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| PAMELINA SORATHSASOMBOUNE,<br><br>Plaintiff,<br><br>v.<br><br>OL KHAO; TIMOTHY RYAN FRAHM; and DRAXLER TRANSPORT, INC.,<br><br>Defendants. | CIVIL ACTION<br><br>No.: ____________ |

**CERTIFICATE OF SERVICE**

The undersigned counsel hereby certifies that on October 19, 2026, a true and correct copy of the foregoing Notice of Removal was served electronically, as well as via first-class mail, postage pre-paid, on the following counsel of record:

Val Pleet Wilson, Esquire
Law Offices of Wilson & Johnson
One South Broad on the Avenue of the Arts – Suite 1830
One South Broad Street
Philadelphia, PA 19107
*Counsel for Plaintiff, Pamelina Sorathsasombonne*

Ol Khao
441 Fern Street
Philadelphia, PA 19120
*Unpresented Defendant*

**SALMON, RICCHEZZA, SINGER & TURCHI, LLP**

By: /s/ Lisa M. Only
Zachary J. Ballard, Esq. (PA. I.D. 206177)
Lisa M. Only, Esq. (PA. I.D. 306514)
*Attorneys for Defendants, Timothy Ryan Frahm and Draxler Transport, Inc.*

Dated: October 19, 2026